The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| HESTER LOVELAND, in her individual capacity,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a foreign corporation, d/b/a WALMART SUPERCENTER #5461<br><br>Defendant. | NO. 3:22-cv-05085-BHS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## **ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiff HESTER LOVELAND and Defendant WALMART INC. to dismiss all claims against WALMART INC. with prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised, it is now ORDERED as follows:

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

3:22-cv-05085-BHS

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7679281.1

All claims against Defendant WALMART INC. are hereby dismissed with prejudice and without costs and/or attorney fees as to any party.

IT IS SO ORDERED BY THE COURT

DATED this 12th day of December, 2022

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

3:22-cv-05085-BHS

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7679281.1